# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOSEPH ROY, BY AND THROUGH HIS GUARDIAN DOROTHY ROY | : | No. 121 EAL 2022 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| ROBERT RUE, HAMMERHEADS SPORTS BAR AND GRILLE, JJJ FAMILY RESTAURANT, PAT'S 3517, INC. | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ROBERT RUE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 6th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.